NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI 96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

Debtor(s):
*ALSON AKITO HOSAKA*

Chapter 13 Case No. 25-01089
Plan – Docket No. 2

# TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Chapter 13 Trustee ("Trustee") objects to confirmation of the proposed plan as follows:

- Debtor is delinquent in plan payments under 11 U.S.C § 1326 (a)(1)(A) – Debtor(s) plan proposes plan payments of $1,500.00 per month for 18 months + $2,250.00 for the remaining 42 months. As of January 27, 2026 the total amount of plan payments due is $1,500.00, and the total amount paid is $0.00; thus, Debtor is delinquent $1,500.00 in plan payments.

- Failure to timely respond to Trustee's requests – Pursuant to Meeting of Creditors held January 7, 2026, Trustee requested copies of trust documents and amended schedules A/B line 3 to disclose 2011 Honda Ridgeline.

- Trustee requests the debtor(s) complete an Addendum to Chapter 13 Plan for Claims Against 3rd Parties form to be filed by the debtor and incorporated in the order confirming the plan for the following claims against third parties:

- Waipahu Property.

## CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated: 01/27/2026      /s/ Veronica Valdez

Attorney for Debtor(s): OFIR RAVIV
E-mail: ofir@squareonelegal.com VIA CM/ECF

Debtor(s): ALSON AKITO HOSAKA
95-059 KAHOEA ST MILILANI, HI 96789-1541